# United States District Court
# Central District of California

| | |
|---|---|
| JUAN MORENO, | Case No. 2:13-cv-09444-ODW(VBKx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE.** |
| PIH LAZEEZ INC; DOES 1–10, | **SERVICE** |
| Defendants. | |

Under Rule 4(m), a plaintiff must serve defendants within 120 days of filing the complaint, or else the court "must" dismiss the action. Fed. R. Civ. P. 4(m). Plaintiff commenced this action on December 23, 2013. The 120-day deadline therefore passed on April 22, 2014. Plaintiff has yet to file any proof of service, and no defendant has appeared in the action.

The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing by **Monday, June 23, 2014**, why the Court should not dismiss his action for failure to timely serve Defendants. No hearing will be held; Plaintiff shall respond in writing. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

June 16, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**