# United States District Court
# Central District of California

| | |
|---|---|
| JUAN MORENO,<br><br>        Plaintiff,<br><br>    v.<br><br>PIH LAZEEZ INC; DOES 1–10,<br><br>        Defendants. | Case No. 2:13-cv-09444-ODW(VBKx)<br><br>**ORDER TO SHOW CAUSE RE. SERVICE** |

On February 4, 2014, Plaintiff served Defendant Pih Lazeez Inc.. (ECF No. 11.)  Defendant therefore had until February 25, 2014, to answer or otherwise respond—that is, 21 days after the service date.  Fed. R. Civ. P. 12(a)(1)(A)(i).  To date, Defendant has filed no response.  The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing by **Tuesday, June 24, 2014**, why he has not moved for entry of default against Defendant.  No hearing will be held; Plaintiff shall respond in writing.  The Court will discharge this Order upon a timely application for entry of default filed with the Clerk of Court.  Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

June 17, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**